UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

ELIZABETH A. GLORE,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.   1:15-CV-3027-RMP

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  December 10, 2015

SEAN F. McAVOY
Clerk of Court

By:  *s/Virginia Reisenauer*
    Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**